# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**GARY RENELIQUE**

    vs.                    **CASE NUMBER: 9:01-cv-601 (GTS/DEP)**

**DEP. WILSON, SUPT. SABOURIN,
NURSE SULLIVAN, NURSE WARNER,
BRIANT LECUIYER, DR. LESTER
WRIGHT, DR. HENSCHEL, J. JOHNSON,
RN GRANT,**

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

That the jury has returned a verdict of no cause of action on all of Plaintiff's claims. Judgment is hereby entered in favor of the defendants, and the Plaintiff's complaint is dismissed in its entirety.

All of the above pursuant to a jury verdict rendered on July 1, 2009 before the Honorable Judge Glenn T. Suddaby.

DATED: July 1, 2009

*[signature]*
Clerk of Court

s/_____
L. Welch
Deputy Clerk